■ In the Matter of EDITH L. BRITTON, Respondent, v JAMES BRITTON, Appellant. (Appeal No. 4.) [738 NYS2d 909] —Appeal from an order of Family Court, Onondaga County (Rossi, J.), entered July 17, 2001, which denied respondent's objections to the order of the Hearing Examiner entered April 19, 2001.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Same memorandum as in *Matter of Britton v Britton* ([appeal No. 1] 292 AD2d 825 [decided herewith]). Present—Pine, J.P., Wisner, Scudder, Burns and Gorski, JJ.

■ In the Matter of EDITH L. BRITTON, Respondent, v JAMES BRITTON, Appellant. (Appeal No. 5.) [738 NYS2d 908] —Appeal from an order of Family Court, Onondaga County (Davies, H.E.), entered April 19, 2001, which, inter alia, found that respondent willfully violated a child support order.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Same memorandum as in *Matter of Britton v Britton* ([appeal No. 1] 292 AD2d 825 [decided herewith]). Present—Pine, J.P., Wisner, Scudder, Burns and Gorski, JJ.

■ In the Matter of EDITH L. BRITTON, Respondent, v JAMES BRITTON, Appellant. (Appeal No. 6.) [738 NYS2d 909] —Appeal from an order of Family Court, Onondaga County (Davies, H.E.), entered April 19, 2001, which directed that judgment be entered in favor of petitioner and against respondent in the amount of $11,860 plus interest.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Same memorandum as in *Matter of Britton v Britton* ([appeal No. 1] 292 AD2d 825 [decided herewith]). Present—Pine, J.P., Wisner, Scudder, Burns and Gorski, JJ.